UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 20 AM 7:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA
    Plaintiff

vs.                                                    CIVIL NO. 97-1377 (JP)

21 ITEMS VALUED AT $24,663.12., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 10, 1999<br>**Docket:** #52<br>[ ] Plffs [ ] Defts [X] Other<br>**Title:** Claimant's Informative Motion | **NOTED.** Plaintiff shall send Claimant a copy of its response motion on or before **October 8, 1999** at the address provided in his motion. |

Date: September 17, 1999.

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #53