UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 27  AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA
    Plaintiff

vs.

CIVIL NO. 97-1377 (JP)

21 ITEMS VALUED AT $24,663.12., et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** October 11, 1999<br>**Docket:** #54<br>[ ] Plffs      [X] Defts<br>**Title:** Informative Motion by Claimant Pro-Se | **GRANTED.** Claimant shall file a reply on or before **October 22, 1999**. |

Date: 10/26/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By: ___          #55

3