UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 17 AM 3:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA
    Plaintiff

vs.                                                            CIVIL NO. 97-1377 (JP)

21 ITEMS VALUED AT $24,663.12., et al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 10, 2000<br>**Docket:** #60<br>[ ] Plffs        [X] Defts<br>**Title:** Motion to Expedite Court's Decision | **NOTED.** The matters remanded will be decided in due course. |

Date: 4/13/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 61

3