# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

vs.

21 ITEMS VALUED AT $24,663.12., et al.
    Defendants

CIVIL NO. 97-1377 (JP)



## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** April 18, 2000<br>**Docket:** #62<br>[X] **Plffs**      [] **Defts**<br>**Title:** Motion in Regards to Claimant's Motion to Expedite Court's Decision | The Court has already issued an Opinion and Order addressing the remanded issues. The issuance moots and deprives the Claimant's motion for an expedited decision of any practical significance. Therefore, the Court sees no need for the United States to file a response to Claimant's motion. This is not to say, however, that the United States may not file a motion in this regard. |

**Date:** 4/26/00

JAIME PIERAS, JR.
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: GS | # 64 |