IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

21 ITEMS VALUED AT $24,663.12,

        Defendants.

CIVIL No. 97-1377 (JP)

Hon. Jaime Pieras Jr. USDJ

**NOTICE OF APPEAL**

Notice is hereby giving that I, Alfonso Cardona Arredondo, the Claimant pro-se in the above captioned civil action, hereby appeal to the United States Court of Appeals for the First Circuit from an Order denying the following Motions: Claimant's Motion to Revisit, Correct, and/or Modify Judgment Due to Error of Law (Dkt. # 44); Claimant's Motion to Set Rate of Interest (Dkt. # 46); and Claiamnt's Reply to Plaintiff' Motion in Compliance With Order and Motion to Strike Plaintiff's Computation of Interest and for Summary Judgment (Dkt. # 57). Said Judgment/Order was entered in this Action on April 17, 2000.

DATED: June 06, 2000

Alfonso C. Arredondo
Alfonso Cardona Arredondo,
Claimant pro-se.

*Filing fees Pending*
*1s/c Appeal/is Clerk*